**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Victor MEDINA PEREZ, aka John Doe, Defendant—Appellant.**

No. 04–50077.

D.C. No. CR–03–00519–RGK–01.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

Scott M. Garringer, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Pedro V. Castillo, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before PREGERSON, HAWKINS, and GRABER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Victor Medina Perez appeals his guilty-plea conviction and 70–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Medina–Perez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Medina–Perez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED.** Counsel's motion for leave to withdraw the *Anders* brief and file a new opening brief is **DENIED.** The district court's judgment is **AFFIRMED.**

The mandate is stayed pending the United States Supreme Court's decisions in *United States v. Booker,* No. 04–104, 2004 WL 2331491 (U.S.2004), and *United States v. Fanfan,* No. 04–105.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.